**00–2209. State v. Williamson.**
Ross App. No. 99CA2473. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**00–2245. State v. Vega.**
Summit App. No. 19696. *On motion for leave to file delayed appeal. Motion denied.*
PFEIFER, J., dissents.

**00–2254. Bardes v. Todd.**
Hamilton App. No. C–000055. On motion for stay of court of appeals' judgment entry. Motion denied.

**00–2347. State v. Rogers.**
Scioto App. Nos. 98CA2620 and 98CA2625. On motion for stay of court of appeals' judgment and/or sentence and continue bond pending appeal in this court. Motion denied.
MOYER, C.J., and RESNICK, J., dissent.

# DISCRETIONARY APPEALS ALLOWED

**00–1705. Cincinnati v. Beretta U.S.A. Corp.**
Hamilton App. Nos. C–990729, C–990814 and C–990815. On discretionary appeal. Appeal allowed.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.
On motion for admission *pro hac vice* of James P. Dorr and Sarah L. Olson by Robert A. McMahon. Motion granted.
On motion for admission *pro hac vice* of Harold Mayberry and Lawrence Greenwald et al. by Robert A. McMahon. Motion granted.

**00–1706. Drum v. Washlock.**
Cuyahoga App. Nos. 74816 and 74817. Discretionary appeal allowed; *sua sponte,* cause held for the decision in 00–472 and 00–481, *Johnson v. Greene Cty. Drug Task Force,* Greene App. No. 99CA61; briefing schedule stayed.

**00–1725. Charvat v. Dispatch Consumer Serv., Inc.**
Franklin App. No. 99AP–1368.
F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., dissent.

**00–1744. Baltimore Ravens, Inc. v. Self–Insuring Emp. Evaluation Bd.**
Franklin App. Nos. 99AP–1262 and 99AP–1263.
RESNICK and PFEIFER, JJ., dissent.

**00–1756. Pytlinski v. Brocar Products, Inc.**
Hamilton App. No. C–000032.

**00–1787. Ethel L. Pusey, Inc. v. Bator.**
Mahoning App. No. 98CA55.
MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**00–1788. Fulmer v. Insura Prop. & Cas. Ins. Co.**
Seneca App. No. 13–99–65.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**00–1917. Noe v. Smith.**
Athens App. No. 00CA004.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

# RECONSIDERATION DOCKET

**99–1898. Cincinnati Bar Assn. v. Spitz.**
Reported at 89 Ohio St.3d 117, 729 N.E.2d 345. On motion for reconsideration. Motion denied.